Brandon Fernald (SBN 222429)
FERNALD LAW GROUP APC
510 W. 6th Street, Suite 700
Los Angeles, California 90014
Telephone:  323.410.0320
Email: brandon.fernald@fernaldlawgroup.com

Timothy E. Grochocinski (*Pro Hac Vice*)
Illinois Bar No. 6295055
NELSON BUMGARDNER CONROY PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
Telephone:  708.675.1975
Email: tim@nelbum.com

Attorneys for Plaintiff Flexiworld Technologies, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| FLEXIWORLD TECHNOLOGIES, INC., | |
|---|---|
| Plaintiff, | Case No. 8:21-cv-00807-AB-DFM |
| v. | |
| EPSON AMERICA, INC., | **JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY PROCEEDINGS** |
| Defendant. | |

Plaintiff Flexiworld Technologies, Inc. on the one hand, and Defendant Epson America, Inc. on the other hand, notify the Court that they have reached an agreement in principle that resolves the claims in this case.

In furtherance of their agreement, and to provide the parties with additional time to memorialize their resolution, the parties respectfully ask that the Court stay all deadlines herein for sixty (60) days.

Dated: January 31, 2022

*/s/ Timothy E. Grochocinski*
Timothy E. Grochocinski
Illinois Bar No. 6295055
NELSON BUMGARDNER CONROY PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
Telephone:  708.675.1975
Email: tim@nelbum.com

Brandon Fernald (SBN 222429)
FERNALD LAW GROUP APC
510 W. 6th Street, Suite 700
Los Angeles, California 90014
Telephone:  323.410.0320
Email:
brandon.fernald@fernaldlawgroup.com

*Attorneys for*
*Flexiworld Technologies, Inc.*

Respectfully submitted,

*/s/*
LAURA M. BURSON,
 Cal Bar No. 204459
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213-620-1780
Facsimile: 213-620-1398
Email: lburson@sheppardmullin.com

OLIFF PLC
Peter T. Ewald (*Pro Hac Vice*)
E mail: pewald@oliff.com
John A. Radi (*Pro Hac Vice*)
E mail: jradi@oliff.com
11 Canal Center Plaza, Suite 200
Alexandria, Virginia 22314
Telephone: 703-836-6400
Facsimile: 703-836-2787

*Attorneys for Epson America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system on January 31, 2022, which will generate and send an e-mail notification of said filing to all counsel of record.

*/s/ Timothy E. Grochocinski*
