JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EPSON AMERICA, INC., <br><br> Defendant. | Case No. 8:21-cv-00807-AB-DFM <br><br> Hon. André Birotte, Jr. <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court approves the parties' Stipulation and **ORDERS**:

1. The action is dismissed with prejudice; and
2. The parties will each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: **July 19, 2022**

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.